# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS COUNTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:13CV769 SPM |
| ) | |
| ALBERT D. THOMAS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's pro se removal of a criminal action from the Municipal Court for St. Louis County to this Court. The Notice of Removal, which is eighty pages long, is unnecessarily prolix and is largely unintelligible. Additionally, defendant has not submitted a copy of the state court file. Consequently, it is not possible at this time to determine the procedural posture of the state case and whether it is still ongoing.

Under 28 U.S.C. § 1447(b), the Court "may require the removing party to file with its clerk copies of all records and proceedings in such State court . . ." The Court will therefore order defendant to submit all such records in this Court.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than May 16, 2013, defendant shall file with the Clerk of this Court copies of all records and proceedings from the criminal action he is attempting to remove.

**IT IS FURTHER ORDERED** that defendant's motion for leave to proceed in forma pauperis is **GRANTED**. [ECF No. 2]

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will remand or dismiss this action without further proceedings.

Dated this   26th   day of April, 2013.

/s/ Shirley Padmore Mensah
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE